UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

CASE NO. 6:17-cv-00701-GAP

MATTHEW TORRES, for himself and
on behalf of those similarly situated,

    Plaintiff,

vs.

FOODSERVICE REFRIGERATION,
INC., a Florida Corporation,

    Defendant.
_____/

**JOINT MOTION TO REVIEW AND APPROVE FLSA SETTLEMENT AND
INCORPORATED MEMORANDUM OF LAW**

Plaintiffs and Defendant, by and through their respective undersigned counsel, hereby jointly move the Court to review and approve their settlement, as follows:

1. Plaintiffs allege that the Defendant violated the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. § 201, *et seq.* ("FLSA"), by failing to pay alleged unpaid overtime wages, alleged unpaid minimum wages, alleged liquidated damages, and alleged costs and attorneys' fees. Defendant vigorously denies any wrongdoing under the FLSA, and further denies that Plaintiffs are entitled to any relief whatsoever. The parties agree that there is a bona fide, good faith dispute as to both liability and damages regarding some of Plaintiffs' claims.

2. To avoid the costs and uncertainty of further litigation, the parties have negotiated a settlement of this matter. Pursuant to Lynn's Food Stores, Inc. v. United States, 679 F.2d 1350 (11th Cir. 1982), claims for back wages arising under the FLSA may be settled or compromised with the approval of the district court (or under the supervision of the U.S. Department of Labor). While here there was no compromise as to Plaintiffs' claims, the parties nonetheless

wish for the Court to make a determination as to the reasonableness of the settlement, in order to ensure the enforceability of the release of FLSA claims. Thus, the parties request that the Court review and approve their settlement. The Parties further request dismissal of this action with prejudice after the Court considers a timely motion for attorneys' fees, which Plaintiff will submit within 21 days of the Court's ruling on this Motion. The parties further request that the Court reserve jurisdiction to enforce the terms of the settlement, should such enforcement be necessary.

3. All parties are represented by counsel in this action, and all parties and their respective counsel agree and stipulate that the settlement represents full resolution, without compromise, of Plaintiffs' claims.

4. Specifically, Defendant provided to Plaintiffs' counsel all of the relevant pay and time records relating to Plaintiffs' employment. Thereafter, Plaintiffs' counsel calculated the full value of claims for wages and liquidated damages that Plaintiffs could recover if they prevailed on their claims going forward. Plaintiffs did not compromise on the amounts demanded in resolving this dispute. Defendant agreed to pay these amounts without admitting any liability, and disputing Plaintiffs' entitlement to the amounts stated, based solely on its desire to avoid further litigation. In addition, none of the amounts to be paid to Plaintiffs in satisfaction of their claims will be paid to Plaintiffs' attorneys, as Plaintiffs' attorneys will submit a separate fee petition for the fees and costs incurred.

5. A copy of the settlement agreements entered into by the parties is attached hereto as Exhibit "A."

WHEREFORE, Plaintiffs and Defendant jointly request that the Court enter an order (a) approving the parties' settlement; (b) reserving jurisdiction to enforce the terms of the settlement,

should such enforcement be necessary; and (c) directing Plaintiffs to file their motion for reasonable attorneys' fees and costs within 21 days of the date of the Court's Order. A proposed Order is provided herewith as Exhibit "B."

Respectfully submitted this 9th day of March, 2018.

| | |
|---|---|
| *s/ Daniel R. Levine* | *s/ Angeli Murthy* |
| DANIEL R. LEVINE, ESQ. | ANGELI MURTHY, ESQ. |
| Fla. Bar No. 0057861 | Fla. Bar No. 088758 |
| E-mail: drl@pbl-law.com | E-mail: Amurthy@forthepeople.com |
| Padula Bennardo Levine, LLP | MORGAN & MORGAN, P.A. |
| 3837 NW Boca Raton Blvd., Suite 200 | 600 N. Pine Island Road, Suite 400 |
| Boca Raton, FL 33431 | Plantation, FL 33324 |
| Telephone: (561) 544-8900 | Telephone: (954) 318-0268 |
| Facsimile: (561) 544-8999 | Facsimile: (954) 327-3016 |
| *Attorneys for Defendant* | *Attorneys for Plaintiffs* |