UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

CASE NO. 6:17-cv-00701-GAP

MATTHEW TORRES, for himself and
on behalf of those similarly situated,

    Plaintiff,

vs.

FOODSERVICE REFRIGERATION,
INC., a Florida Corporation,

    Defendant.
_____/

### ORDER APPROVING SETTLEMENT

**THIS CAUSE** came before the Court upon the parties' joint motion to review and approve FLSA settlement (Doc. 51). The parties have sought the Court's approval of their settlement. *See Lynn's Food Stores, Inc. v. United States*, 679 F. 2d 1350, 1353 (11th Cir. 1982). The Court, having reviewed the parties' settlement and being otherwise fully advised in the premises, and it is hereby

**ORDERED and ADJUDGED** that the parties' settlement is **APPROVED**. The Court retains jurisdiction to assess costs and attorney's fees. Plaintiffs are directed to file a motion for reasonable attorneys' fees and costs within twenty-one (21) days of the date of this Order. The Court will dismiss this action with prejudice following a judgment as to the amount of reasonable attorneys' fees and costs.

**DONE AND ORDERED** in Chambers at Orlando, Florida, this 12th day of March, 2018.



GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies to:
Counsel of Record